620 A.2d 1385

IN THE MATTER OF THEODORE M. FIESCHKO,
AN ATTORNEY AT LAW.

March 12, 1993.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that THEODORE M. FIESCHKO of WEST ORANGE, who was admitted to the bar of this State in 1982, be publicly reprimanded for violation of *RPC* 1.15(d) (failure to comply with the recordkeeping requirements of *Rule* 1:21–6) and *RPC* 8.1(b) (failure to cooperate with the ethics authorities), and that certain conditions be placed on respondent's practice, and good cause appearing;

The Court adopts the findings contained in the report of the Disciplinary Review Board; and

It is ORDERED that THEODORE M. FIESCHKO is publicly reprimanded; and it is further

ORDERED that respondent shall file with the Office of Attorney Ethics, on a schedule to be established by the Office of Attorney Ethics, annual certified statements by an accountant attesting to respondent's compliance with the recordkeeping requirements of *Rule* 1:21–6 for calendar years 1992, 1993 and 1994; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.